**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM T. HIGGINS,**

        **Plaintiff,**

-vs-                                        Case No. 6:10-cv-116-Orl-31KRS

**ISMAEL ESTEVES and SPRINT, INC.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR RECUSAL (Doc. No. 37)**
>
> **FILED:**      **February 25, 2010**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Plaintiff has failed to state a valid basis for recusal. The fact that some state court judges in Texas may wish to leave the bench and become arbitrators in no way suggests that federal judges – who have, among other advantages, lifetime appointments pursuant to Article III, Sec. 1 of the Constitution – are biased against challenges to arbitrability.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 1, 2010.

                                                                 GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party