# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM T. HIGGINS,**

        **Plaintiff,**

-vs-                                                      Case No. 6:10-cv-116-Orl-31KRS

**ISMAEL ESTEVES and SPRINT, INC.,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the document filed by the Plaintiff, William T. Higgins, and titled "Plaintiff's Appeal Under 9 U.S.C. § 10 from NAF's Decision." (Doc. 57). Although the document has been denominated as an appeal, the Court construes it as a motion for reconsideration of its order (Doc. 55) compelling arbitration of this case. Attached to the motion is a copy of a consent order that appears to render it impossible for the National Arbitration Forum to conduct an arbitration in this case. Accordingly, it is hereby

**ORDERED** that, on or before April 26, 2010, the Defendants shall file a response, not to exceed ten pages, addressing the effect of the consent order on the arbitration of this matter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 15, 2010.

                                                                    GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party