**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM T. HIGGINS,**

      **Plaintiff,**

-vs-                                                                      Case No. 6:10-cv-116-Orl-31KRS

**ISMAEL ESTEVES and SPRINT, INC.,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR MISCELLANEOUS RELIEF (Doc. No. 63)
>
> **FILED:** May 3, 2010
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. The Plaintiff seeks to have this matter arbitrated by a pastor, but the Court already (Doc. 62) referred the matter to the American Arbitration Association.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 10, 2010.

                                                       GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party